CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

TROY K. FLAKE
BRIAN W. IRVIN
Assistant United States Attorneys
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Leah Wingeart, Individually, and as Special Administratrix of the Estate of James Edward Fischer, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Case No.: 2:19-cv-01395-RFB-BNW <br><br> **Joint Status Report Regarding Settlement** |

On June 3, 2021, the parties participated in a settlement conference before the Court. The parties agreed to settle this matter. The Court ordered that the parties provide dismissal paperwork or a status report within 30 days. ECF #24. The parties, through their respective counsel, hereby provide this joint status report.

The parties have been working cooperatively and diligently to finalize settlement. Given the complex nature of this matter, the parties have engaged in further discussions to ensure that the settlement documents meet the needs of all parties. Further, consummating the settlement requires administrative steps at various levels of the government, which are in process.

The parties are committed to continuing productively working toward final

disposition of this matter and expect that they will be able to complete this process and file a notice of dismissal within 30 days without assistance from the Court. Should this expectation not be met, the parties will provide another status report to the Court on or before August 6, 2021.

Respectfully submitted this 6th day of July, 2021.

| LAIRD LAW, PLLC | CHRISTOPHER CHIOU |
| --- | --- |
| | Acting United States Attorney |
| /s/ Daniel Laird | /s/ Troy K. Flake |
| DANIAL LAIRD | TROY K. FLAKE |
| 8991 West Flamingo Rd., Suite C | Assistant United States Attorney |
| Las Vegas, NV 89147 | |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

## Order

IT IS ORDERED that dismissal documents or a joint status report are due by August 6, 2021.

**IT IS SO ORDERED**

**DATED:** 1:57 pm, July 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**