CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

TROY K. FLAKE
BRIAN W. IRVIN
Assistant United States Attorneys
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Leah Wingeart, Individually, and as Special Administratrix of the Estate of James Edward Fischer,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No.: 2:19-cv-01395-RFB-BNW<br><br>**Joint Status Report Regarding Settlement** |

On June 3, 2021, the parties participated in a settlement conference before the Court. The parties agreed to settle this matter. The Court ordered that the parties provide dismissal paperwork or a status report within 30 days. ECF #24. The parties, through their respective counsel, hereby provide this joint status report. On July 6, 2021, the parties provided an updated status report and the Court ordered a further status report by August 6, 2021 (ECF #26).

The parties have agreed to all terms and prepared all documents necessary to resolve this case. The final administrative step in the process of consummating this agreement is approval by the Acting Assistant Attorney General pursuant to 28 C.F.R. §§ 0.160(a)(3), 0.168(d)(2). All relevant documents have been submitted to

the office of the Acting Assistant Attorney General and the parties are awaiting administrative action.

The parties anticipate that the administrative step will be complete and that they will file a notice of dismissal within 30 days without assistance from the Court. Should this expectation not be met, the parties will provide another status report to the Court on or before September 6, 2021.

Respectfully submitted this 6th day of August, 2021.

| | |
|---|---|
| LAIRD LAW, PLLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Daniel Laird<br>DANIAL LAIRD<br>8991 West Flamingo Rd., Suite C<br>Las Vegas, NV 89147 | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

### Order

Based on the parties' joint status report (ECF No. 27), IT IS ORDERED that by 9/6/2021 the parties must file either dismissal documents or an additional joint status report.

**IT IS SO ORDERED**

**DATED:** 11:25 am, August 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**