CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

TROY K. FLAKE
BRIAN W. IRVIN
Assistant United States Attorneys
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Leah Wingeart, Individually, and as Special Administratrix of the Estate of James Edward Fischer,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No.: 2:19-cv-01395-RFB-BNW<br><br>**Joint Status Report Regarding Settlement** |

On June 3, 2021, the parties participated in a settlement conference before the Court. The parties agreed to settle this matter. The parties continue to cooperate in good faith to follow the necessary procedures to finalize the settlement and regularly updated the Court regarding the status. See ECF #25, #27.

The parties have agreed to all terms and prepared all documents necessary to resolve this case. The final administrative step in the process of consummating this agreement is approval by the Acting Assistant Attorney General pursuant to 28 C.F.R. §§ 0.160(a)(3), 0.168(d)(2). On September 2, 2021, Acting Assistant Attorney General Brian M. Boynton provided final approval.

Now that the administrative steps are complete the United States Attorney's

Office has initiated the required process to request that the Department of the Treasury electronically transfer the settlement amount. Normally this process takes less than 30 days, so the parties anticipate that they will file a notice of dismissal within 30 days without assistance from the Court. Should this expectation not be met, the parties will provide another status report to the Court on or before October 8, 2021.

Respectfully submitted this 8th day of September, 2021.

| | |
|---|---|
| LAIRD LAW, PLLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Danial Laird<br>DANIAL LAIRD<br>8991 West Flamingo Rd., Suite C<br>Las Vegas, NV 89147 | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

### Order

**IT IS SO ORDERED**

**DATED:** 10:01 am, September 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**